FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY DAVIS, | Case No. CV 07-3610-SGL (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| ROBERT HOREL, Warden, | |
| Respondent. | |

   In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 9-8-07

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE